**Order entered January 21, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01606-CR

**ADELANKE SAMUEL ALAKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F-10-42185-I**

## ORDER
Before Justices  Francis, Evans, and Stoddart

By order dated November 20, 2014, we abated this appeal to allow the trial court to correct the defective rule 25.2 (a)(2) certification and transmit to us a corrected certification. Having received a supplemental record containing the corrected certification, we now **REINSTATE** this appeal.

/s/     DAVID EVANS
          JUSTICE